# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT K SCHMALE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, et al., <br><br> Defendants. | Case No. 2:23-cv-01114-GMN-NJK <br><br> **Order** |

This case has been removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiffs' certificate of interested parties fails to identify citizenship attributed to Scott K. Schmale and Lana Schmale. *See* Docket No. 21.

Accordingly, Plaintiffs must file an amended certificate of interested parties by September 27, 2023, fully identifying the citizenship of every party and entity attributed to them.

IT IS SO ORDERED.

Dated: September 20, 2023

Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1